IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOYCE LONG,<br>      Plaintiff,<br><br>      v.<br><br>COUNTRYWIDE HOME LOANS, INC.,<br>      Defendant. | )<br>)<br>)<br>) Civil Action No. 06-1188<br>)<br>)<br>) |

ORDER

AND NOW, this 18th day of June, 2007, upon consideration of plaintiff's response to our show cause order of May 29, 2007, wherein she requests an extension of time to respond to defendant's motion for summary judgment [document #17] and pleadings in support, IT IS HEREBY ORDERED that plaintiff's request, which shall be construed as a motion for an extension of time, is GRANTED. Plaintiff's response to the motion and pleadings in support shall be filed on or before June 26, 2007.

IT IS FURTHER ORDERED that any reply to plaintiff's response shall be filed on or before July 11, 2007.

**THERE SHALL BE NO FURTHER EXTENSION OF EITHER OF THESE DATES.**

BY THE COURT:

_____
Gary L. Lancaster,
United States District Judge

cc: Joyce Long
    6940 Clinton Road
    Upper Darby, PA 19082
    (CERTIFIED MAIL-RETURN RECEIPT REQUESTED)

    All Counsel of record